

5:19-cv-00022

I the Petitioner - DARIUS ANDERSON case # 3:10-cr-00043 would like to file a civil law suit against the US office clerk of KNOXVILLE, TN for not filing or responding to my civil law suit against the US attorneys office - Prosecuters Kelly norris, and the federal Gov for racial discrimination under the 14th amendment equal Protection Clause. My only african american Juror was dismissed with out reason or on transcripts and that violates my constitutional rights, all the courts has to do is look at the video footage and see that I had one african american Juror on the Potential Juror list but never was questioned for the Voir-Dire so I'm being held unconstitutionaly. The reason I'm writing to the courts of west virginia is because the office clerks of Knoxville TN is not filing or responding to my motions and with this civil matter being against the US attorneys office of Knoxville and the civil Judge is in the same building this should be a conflict of intrest. On record for the office clerk of west virginia I would like to file a civil law suit against the US attorneys office, Kelly norris, Cynthia F. Davidson and the federal Gov for racial discrimination under the 14th amendment equal Protection Clause - Peremtory Challenges. I sent my last motion certified mail and the clerk that signed was Rachel Stone. X Darius Anderson



My Commission expires march 16, 2021