# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

DARIUS ANDERSON,

            Plaintiff,

v.                                       CIVIL ACTION NO. 5:19-cv-00022

CLERK, KNOXVILLE, TN,

            Defendant.

## MEMORANDUM OPINION AND ORDER

On January 7, 2019, the Plaintiff, proceeding *pro se*, filed his letter-form Complaint (Document 1) in this matter. Subsequently, on January 28, 2019, the Plaintiff filed an *Application to Proceed Without Prepayment of Fees and Costs* (Document 4).

By *Standing Order* (Document 2) entered on January 7, 2019, this action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636. On February 8, 2019, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 5) wherein it is recommended that the Plaintiff's *Application to Proceed Without Prepayment of Fees and Costs* (Document 4) be denied, the Plaintiff's letter-form Complaint (Document 1) be dismissed, and this matter be removed from the Court's docket.

Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by February 25, 2019, and none were filed by either party.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's *Application to Proceed Without Prepayment of Fees and Costs* (Document 4) be **DENIED**, the Plaintiff's letter-form Complaint (Document 1) be **DISMISSED**, and this matter be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER: February 28, 2019

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA